**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

    v.                           Criminal No. 05-cr-194-01-JD

<u>Alexander Matiz</u>

**<u>O R D E R</u>**

    Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Defendant, who has a history of driving under the influence convictions, was stopped at 10:00 p.m. on October 27, 2005 for operating without headlights.  In addition to that offense, he lied to the officer about his identity and was operating after revocation for being an habitual offender.  There simply are no conditions to assure he will not be a danger to the community and I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

    Accordingly, it is **<u>ORDERED</u>** that the defendant be detained pending trial.

    The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody

pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 2, 2005

cc:     Arnold H. Huftalen, AUSA
        Michael Iacopino, Esq.
        U.S. Marshal
        U.S. Probation